IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHAILESH KHODIDAS, PRAJAPATI, et al., : : : | |
| Plaintiffs, : : | |
| v. : : | CASE NO.: 7:24-CV-110 (WLS) |
| UR JADDOU, Director of United States Citizenship and Immigration Services, : : : | |
| Defendant. : : | |

**ORDER**

On October 23, 2024, Plaintiffs commenced this action by filing their Complaint (Doc. 1). A review of the Docket reflects that Summonses (Doc. 2) were issued on October 24, 2024. Under Federal Rule of Procedure Rule 4, if the defendant is not served within ninety days after a complaint is filed, the district court, after noticing the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Plaintiffs thus had until Monday, December 23, 2024, to properly serve Defendant Ur Jaddou. To date, Plaintiffs have not filed proof of service.

Accordingly, Plaintiffs are **ORDERED** to file proof of service as to Defendant Ur Jaddou **within seven (7) days** of the entry of this Order, or by **no later than Thursday, February 6, 2025.** Plaintiffs are hereby noticed that, upon failure to timely comply with this Order, the above-captioned action may be dismissed without prejudice without further notice or proceedings as to any unserved Defendant.

**SO ORDERED**, this 30th day of January 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1