IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHAILESH KHODIDAS PRAJAPATI, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 7:24-CV-110 (WLS) |
| UR JADDOU, Director of United States Citizenship and Immigration Services, *et al.*, | : |
| Defendants. | : |

**ORDER**

Before the Court is a Notice of Voluntary Dismissal (Doc. 13), filed by Plaintiffs on October 28, 2025. Therein, Plaintiffs notify the Court of the voluntary dismissal without prejudice of the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** Plaintiffs' Notice of Voluntary Dismissal (Doc. 13). Therefore, the above-captioned action is **DISMISSED, WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 31st day of October 2025.

                                                    /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**