IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHAILESH KHODIDAS PRAJAPATI, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 7:24-cv-110 (WLS) |
| | * |
| UR JADDOU, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 31, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 31st day of October, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk